TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Andrew Lee Moon,

Defendant.

No. CR-22-00700-PHX-DWL-1

**UNITED STATES' SENTENCING MEMORANDUM**

The United States requests the Court sentence Defendant to 5 years in prison followed by 3 years of supervised release as recommended in the Presentence Report (PSR).

## I. Sentencing Guidelines

The PSR calculates Defendant's guideline range at 60 months in prison based on the 5-year statutory sentencing cap for Defendant's crime of conviction. The PSR accurately determined his Total Offense Level at 29 and his Criminal History Category of I. PSR at 23. Absent the 60-month statutory cap, his guideline range would have been 87 to 108 months, which is significantly higher.

Neither party filed objections to the guideline calculations.

//

//

## II. Facts

On May 14, 2026, Defendant pleaded guilty to Count 70 of the indictment, False Statement During the Purchase of a Firearm in violation of 18 U.S.C § 924(a)(1)(A) and entered into a written plea agreement, which capped his sentence at the middle of guideline range. PSR ¶ 4.

The facts leading to the indictment are highlighted below:

In November 2021, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) agents began investigating Defendant and his codefendant Manuel Salazar regarding their involvement in the straw purchasing of firearms from federally licensed firearms dealers (FFLs) in the Phoenix metropolitan area. PSR ¶ 8. Through ATF's investigation, agents determined Defendant and Salazar purchased over 150 firearms from approximately 20 different FFLs in the Phoenix area between July 16, 2021, and March 22, 2022. *Id.* During this time, Defendant himself purchased 106 firearms from 18 different FFLs. *Id.* On the ATF Form 4473s filled out by Defendant between July 16, 2021, and March 8, 2022, he provided an address on 29th Avenue in Laveen, Arizona. *Id.* On March 22, 2022, Defendant purchased 12 firearms from seven different FFLs, and he provided an address on West Indian School Road in Phoenix, which was a Budget Suites Extended Stay. *Id.* However, Defendant lived in Los Angles, California at the time and only rented the Extended Stay with Salazar for one month. *See* PSR ¶¶ 9-10, 13.

Agents executed a search warrant on the rented unit at the Extended Stay and a Mercedes used by Defendant and Salazar to traffic firearms and found empty firearm boxes in the unit and several firearms, magazines and firearm parts in the vehicle – some packaged in saran wrap and taped with duct tape – presumably ready for transport. PSR ¶ 16. Defendant's cellphones were seized and searched revealing that he illegally sold firearms and organized their transport to Mexico. *See* PSR ¶ 22. He also recruited straw purchasers and drivers to smuggle firearms to Mexico. PSR ¶¶ 22, 35.

Defendant lived primarily in Mexico after his contact with law enforcement at the Extended Stay to avoid prosecution. *See* PSR ¶ 27. He knowingly did not appear on his

warrant for over three years. *Id.*

**III. United States Sentencing Recommendation**

The United States requests the Court sentence Defendant to 60 months incarceration as recommended in the PSR – which is the maximum allowed for his conviction. PSR at 23. His firearm trafficking was extensive, serious, and spanned approximately 8 months. Defendant was not a simple straw purchaser of firearms but the organizer, manager, or supervisor of a firearm trafficking conspiracy. He is responsible for 145 firearms, which includes the 106 firearms he purchased as well as the 39 firearms Salazar purchased. Defendant recruited individuals to purchase firearms for him, including Salazar. He also recruited individuals to drive vehicles, in which the firearms were concealed and smuggled, out of the United States into Mexico. Additionally, Defendant packed and concealed firearms in vehicles for them to be smuggled into Mexico. As such, his actions clearly posed a danger.

Firearms trafficking to Mexico, especially to extent of Defendant's involvement, is serious, and warrants a significant sentence as just punishment, protect the public, and to promote deterrence. It also avoids sentencing disparities between other defendants with no criminal history who were significantly involved in firearms trafficking. Salazar, his codefendant, who was not as involved as Defendant, also received a 42-month sentence. PSR at 2. Defendant's conduct warrants a lengthier term of incarceration.

**IV. Conclusion**

Based on the above, the United States respectfully request the Court sentence Defendant to 5 years in prison followed by three years of supervised release.

Respectfully submitted this 20th day of July 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Todd Paul Romero, *Counsel for Defendant*

*s/ Carlton Covington*
U.S. Attorney's Office